# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2023

## NO. 03-22-00172-CV

**Texas Education Agency; Edward O'Neil, Director of Texas Education Agency; and Mike Morath, Commissioner of Education, Appellants**

**v.**

**Devereux Texas League City, Appellee**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BYRNE, SMITH, AND JONES
### REVERSED AND RENDERED -- OPINION BY JUSTICE JONES

This is an appeal from the interlocutory order signed by the trial court on March 10, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's denial of the plea to the jurisdiction and renders judgment dismissing appellee's suit. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.